FILED
CLERK, U.S. DISTRICT COURT

JUN 10 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority      ✓
Send          ✓
Enter
Closed
JS-5/JS-6     ✓
JS-2/JS-3
Scan Only

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RODNEY PATRICK SCOTT, | ) | NO. CV 08-01981 CAS (SS) |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to the Court's Order Denying "Motion for Time," IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: _____6/6/05_____.


_Christina A. Snyder_
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE